UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LENORA CHRISTINE BABB,<br><br>　　　　　　　　Defendant. | 2:06-cv-1642-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　On September 28, 2006, Plaintiffs filed an "Ex Parte Application to Continue Scheduling Conference" ("Application") in which they request the status conference scheduled in this action be continued "so that Plaintiffs may continue to attempt to serve [D]efendant." (Application at 2.) Accordingly, the status conference is rescheduled to commence at 9:00 a.m. on December 18, 2006. In accordance with the Order Setting Status (Pretrial Scheduling) Conference filed July 26, 2006, a joint status report shall be filed

1  no later than December 4, 2006.[1]

2       If Defendant is not served by November 22, 2006, Defendant
3  could be dismissed from this action under Federal Rule of Civil
4  Procedure 4(m).  If Plaintiff does not perfect service by this date,
5  Plaintiff shall show cause no later than 4:00 p.m. on November 29,
6  2006, why this action should not be dismissed for failure to serve
7  Defendant within Rule 4(m)'s 120-day time period.

8       IT IS SO ORDERED.

9  Dated:  October 3, 2006

11       /s/ Garland E. Burrell, Jr.
     GARLAND E. BURRELL, JR.
     United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2