UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

        Plaintiffs,

  v.

LENORA CHRISTINE BABB,

        Defendant.

2:06-cv-1642-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

On December 1, 2006, Plaintiffs filed an "Ex Parte Application to Continue Scheduling Conference" ("Application") in which they request "the Court continue the scheduling conference currently set for December 18, 2006, . . . [because] Plaintiffs now . . . intend to amend the Complaint . . . ." (Application at 1.) Accordingly, the status conference is rescheduled to commence at 9:00 a.m. on February 26, 2007.[1] In accordance with the Order Setting

---

[1] The date requested by Plaintiffs is a court holiday.

1  Status (Pretrial Scheduling) Conference filed July 26, 2006, a joint
2  status report shall be filed no later than February 12, 2007.[2]
3          IT IS SO ORDERED.
4  DATED: December 1, 2006

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[2] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.