UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LENORA CHRISTINE BABB,<br><br>                    Defendant. | 2:06-cv-1642-GEB-EFB<br><br><br>ORDER |

On February 8, 2007, Plaintiffs filed an "Ex Parte Application to Continue Scheduling Conference" ("Application") in which they "request that the Court continue the scheduling conference currently set for February 26, 2007, . . . [because] this case has now settled." (Application at 1.) Therefore, the scheduling conference is rescheduled to commence at 9:00 a.m. on May 7, 2007. In accordance with the Order Setting Status (Pretrial Scheduling) Conference filed July 26, 2006, a joint status report shall be filed not later than fourteen days prior to the scheduling conference.

1

1      Additionally, since the parties have indicated that this
2 case has settled and that "[d]ispositional documents will be filed
3 with the Court as soon as possible," in accordance with Local Rule 16-
4 160, a dispositional document shall be filed no later than
5 February 28, 2007.
6      IT IS SO ORDERED.
7 Dated:  February 13, 2007

                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge